[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 20, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11751
Non-Argument Calendar

_____

D. C. Docket No. 95-00132-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABEL ROCA-OLMOS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(September 20, 2007)**

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Abel Roca-Olmos, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record confirms counsel's assessment of the relative merits of the appeal. Because independent examination of the entire record reveals no issue of arguable merit, counsel's motion to withdraw is **GRANTED**, and Roca's conviction and sentence are **AFFIRMED**.